IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   4:15-cr-00320-FJG-1 |
| | ) | |
| Marlus Jewell Mays, | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge John T. Maughmer (Doc. #27 filed on April 14, 2016), to which no objection has been filed, the plea of guilty to Count One of the Indictment which was filed on October 1, 2015, is now accepted.   Defendant is adjudged guilty of such offense(s).   Sentencing will be set by subsequent order of the court.

                                              **/s/ Fernando J. Gaitan, Jr.**
                                              Fernando J. Gaitan, Jr.
                                              United States District Judge

Dated:   May 6, 2016
Kansas City, Missouri